UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:20-CR- 164 |
| | ) | |
| v. | ) | (JUDGE            ) |
| | ) | |
| JOSUE PEGUERO, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
SCRANTON
JUL 14 2020
PER _____
DEPUTY CLERK

<u>INDICTMENT</u>

<u>COUNT ONE</u>
(Conspiracy)

THE GRAND JURY CHARGES:

At times material to this Indictment:

<u>INTRODUCTION</u>

1. Josue Peguero was a resident of Bronx, NY.

<u>THE CONSPIRACY</u>

2. Beginning at a time unknown and continuing until on or about January 4, 2020, in Dauphin County, within the Middle District of Pennsylvania, and elsewhere, Defendant,

JOSUE PEGUERO,

did knowingly conspire and agree, together and with other persons both known and unknown to the Grand Jury, to commit

offenses against the United States and to defraud the United States, that is:

To steal, take, and abstract, and by fraud and deception obtain, and attempt so to obtain, from and out of any mail, letter box, mail receptacle, and other authorized depository for mail matter, a letter, postal card, package, bag, and mail, and to abstract and remove from any such letter, package, bag, and mail, an article and thing contained therein, in violation of 18 U.S.C. § 1708, and;

To knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344, and;

To knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a scheme and artifice to defraud a financial institution and to obtain the moneys, funds, credits, assets, securities, and other

property owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1028A.

## MANNER AND MEANS

3. It was part of the conspiracy that Defendant, together and with other persons both known and unknown to the Grand Jury, unlawfully accessed blue mail collection boxes of the United States Postal Service (USPS) and attempted to steal mail from those boxes, including checks mailed by USPS customers.

4. It was further part of the conspiracy that Defendant, together and with other persons both known and unknown to the Grand Jury, used improvised devices to access blue mail collection boxes, such as glue rodent traps attached to ropes and strings.

5. It was further part of the conspiracy that Defendant, together and with other persons both known and unknown to the Grand Jury, caused to be altered checks obtained from stolen mail.

6. It was further part of the conspiracy that Defendant, together and with other persons both known and unknown to the Grand Jury,

deposited and caused to be deposited altered checks at bank branches or ATMs, resulting in the fraudulent and unauthorized withdrawal of funds from victims' bank accounts at financial institutions.

7. It was further part of the conspiracy that Defendant, together and with other persons both known and unknown to the Grand Jury, possessed, transferred, and used debit cards that were not in their names and did not belong to them to carry out fraudulent and unauthorized deposits of altered checks and fraudulent and unauthorized withdrawals of funds from victims' bank accounts at financial institutions.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Middle District of Pennsylvania and elsewhere:

    a. On or about January 4, 2020, Defendant traveled from New York, NY, together and with other persons, both known and unknown to the Grand Jury, who were in

    possession of debit cards belonging to other persons, to Dauphin County, in the Middle District of Pennsylvania.

b. On or about January 4, 2020, Defendant, together and with other persons both known and unknown to the Grand Jury, obtained a stolen license plate from a vehicle in the Middle District of Pennsylvania to use as part of an improvised device to steal mail from a collection box.

c. On or about January 4, 2020, Defendant traveled from New York, NY, together and with other persons both known and unknown to the Grand Jury, to a mail collection box in the Borough of Steelton, Dauphin County, in the Middle District of Pennsylvania.

d. After arriving at a mail collection box, on or about January 4, 2020, the vehicle came to a stop, and Defendant and another individual were allowed to exit the vehicle. As Defendant waited outside the vehicle, the other individual who had exited the vehicle repeatedly lowered a device connected to a string or rope into the opening of the mail collection box.

e. After unsuccessfully attempting to unlawfully obtain mail from the mail collection box, that individual and Defendant returned to the waiting vehicle. Defendant and other persons both known and unknown to the Grand Jury then fled the scene in their vehicle.

All in violation of Title 18, United States Code, Section 371.

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO
(Mail Theft)

9. Paragraphs 1 and 3 through 8 of this Indictment are incorporated as if fully set forth herein.

10. On or about January 4, 2020, in Dauphin County, within the Middle District of Pennsylvania and elsewhere, Defendant,

JOSUE PEGUERO,

aiding and abetting other persons both known and unknown to the Grand Jury, did steal, take, and abstract, and by fraud and deception obtain, and attempt so to obtain, from and out of any mail, letter box, mail receptacle, and other authorized depository for mail matter, that is, a mail collection box at or near N. Front Street and Adams Street located in the Borough of Steelton,

Dauphin County, in the Middle District of Pennsylvania, a letter, postal card, package, bag, and mail.

All in violation of Title 18, United States Code, Sections 1708 and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE
(Aggravated Identity Theft)

11. Paragraphs 1 and 3 through 8 of this Indictment are incorporated as if fully set forth herein.

12. On or about January 4, 2020, in the Borough of Steelton, Dauphin County, within the Middle District of Pennsylvania and elsewhere, Defendant,

JOSUE PEGUERO,

aiding and abetting other persons both known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Section 1028A(c), that is, attempted bank fraud and conspiracy to commit bank fraud, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL

_7-14-2020_
Date

DAVID J. FREED
UNITED STATES ATTORNEY

RAVI ROMEL SHARMA
ASSISTANT U.S. ATTORNEY

8